No. 12–7109. BENSON v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 12–7111. ECHOLS v. WARREN, ADMINISTRATOR, NEW JERSEY STATE PRISON, ET AL. C. A. 3d Cir. Certiorari denied.

No. 12–7126. TOBAR v. MCEWEN, ACTING WARDEN. C. A. 9th Cir. Certiorari denied.

No. 12–7130. ALLEN v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 12–7135. THACKER v. WORKMAN, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 12–7136. TURNER v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 12–7143. MEADOR v. BRANSON. C. A. 8th Cir. Certiorari denied.

No. 12–7169. FLOURNOY v. SMALL, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 12–7179. ROBERSON v. ASTRUE, COMMISSIONER OF SOCIAL SECURITY. C. A. 5th Cir. Certiorari denied.

No. 12–7181. STALLNACKER v. HOBBS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir. Certiorari denied.

No. 12–7206. BELLAMY, AKA EVANS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 12–7214. HOBBS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 12–7216. FLINT v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 12–7218. PICKENS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 12–7219. PHILLIPS v. UNITED STATES. C. A. 10th Cir. Certiorari denied.